**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABDULAI SHERIFF, | No. 07-73075 |
| Petitioner, | Agency No. A096-141-949 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:    BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Abdulai Sheriff, a native and citizen of Sierra Leone, petitions for review of

the Board of Immigration Appeals' order summarily affirming an immigration

judge's decision denying his application for asylum, withholding of removal, and

protection under the Convention Against Torture ("CAT"). We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252.  We review for substantial evidence factual findings, *Sowe v. Mukasey*, 538 F.3d 1281, 1285 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the agency's denial of asylum and withholding of removal based upon changed country conditions because, even if Sheriff were credible and established past persecution, the record reflects that country conditions in Sierra Leone have changed such that Sheriff no longer has a well-founded fear of future persecution by members of the Revolutionary United Front.  *See Sowe*, 538 F.3d at 1286-1288.

Substantial evidence also supports the agency's denial of CAT relief based on changed country conditions.  *Id.* at 1288-89.

**PETITION FOR REVIEW DENIED.**